# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ALWICKER, THOMAS L. § Case No. 13-83281
  ALWICKER, CHRISTINE L. §
  §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/23/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  01/30/2015          By:  /s/JOSEPH D. OLSEN
                                                                                     Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ALWICKER, THOMAS L.    § Case No. 13-83281
ALWICKER, CHRISTINE L.    §
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   25,000.00 |
| *and approved disbursements of* | $   50.73 |
| *leaving a balance on hand of* [1] | $   24,949.27 |
| **Balance on hand:** | $   24,949.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Meadows Credit Union | 2,250.60 | 0.00 | 0.00 | 0.00 |
| 2 | Meadows Credit Union (withdrawn) | 48,663.53 | 0.00 | 0.00 | 0.00 |
| 9 | CitiMortgage, Inc. (withdrawn) | 138,691.51 | 0.00 | 0.00 | 0.00 |
| 9 -2 | CitiMortgage, Inc. (withdrawn) | 138,691.51 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   24,949.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 494.09 | 0.00 | 494.09 |
| Attorney for Trustee, Fees - YALDEN, OLSEN & WILLETTE | 4,875.00 | 0.00 | 4,875.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,912.09 |
| Remaining balance: | $ 16,037.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 16,037.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 16,037.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,414.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Rjm Acquisitions Llc | 20.94 | 0.00 | 6.67 |
| 4 | First National Bank of Omaha | 22,200.52 | 0.00 | 7,062.10 |
| 5 | Capital One, N.A. | 3,041.78 | 0.00 | 967.61 |
| 6 | Capital One, N.A. | 1,762.30 | 0.00 | 560.60 |
| 7 | American InfoSource LP as agent for | 10,682.98 | 0.00 | 3,398.31 |
| 8 | eCAST Settlement Corporation, assignee | 12,706.15 | 0.00 | 4,041.89 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 16,037.18 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

Prepared By:  /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Thomas L. Alwicker  
Christine L. Alwicker  
    Debtors

Case No. 13-83281-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3    User: cshabez    Page 1 of 2    Date Rcvd: Feb 03, 2015  
                     Form ID: pdf006    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2015.

```
db/jdb       +Thomas L. Alwicker,    Christine L. Alwicker,    1081 Brittany Bend,
               Lake in the Hills, IL 60156-5683
aty          +Michael Olsen,    Mayer, Brown, Rowe & Maw LLP,    71 S Wacker Drive,    Chicago, IL 60606-4668
21020199      Best Buy,    Capital One,    PO Box 71106,    Charlotte, NC 28272-1106
21020200      CENTEGRA HEALTH SYSTEM,    MEMORIAL MEDICAL CENTER,    P.O. BOX 1990,    WOODSTOCK,, IL 60098-1990
21020201      CHASE,    ATTN: BANKRUPTCY DEPT.,    PO BOX 15123,    WILMINGTON, DE 19850-5123
21240392      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21458931      CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
21459873      CitiMortgage, Inc.,    POB 6030,    Sioux Falls, SD 57117-6030
21490224     +CitiMortgage, Inc.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
21020202      Citimortgage,    PO Box 183040,    Columbus, Oh 43218-3040
21020203     +City of Crystal Lake,    c/o SCO General Services,    PO Box 180819,    Dallas, TX 75218-0819
21020204     +Consolidated SD 158,    Business office,    650 Academic Drive,    Algonquin, IL 60102-4423
21229649     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
21020205      First National Bank of Omha,    Visa Card,    PO Box 2557,    Omaha, NE 68103-2557
21020206      Home Depot,    Processing Center,    Des Moines, Ia 50364-0500
21020210      McHenry Radiologist Imaging Associa,    PO Box 220,    McHenry, IL 60051-0220
21199430     +Meadows Credit Union,    3350 salt Creek Ln, Ste 100,    Arlington Heights, IL 60005-5004
21020211     +Meadows Credit Union,    3350 West Salt Creek Lane,    Arlington Heights, IL 60005-5004
21020213      Menards,    Capital One,    Po Box 71106,    Charlotte, NC 28272-1106
21020215      Sears Card,    PO Box 183082,    Columbus, Oh 43218-3082
21020216     +Target,    PO Box 660170,    Dallas, TX 75266-0170
21415985      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21304284      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2015 02:52:00
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
21020207      E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 02:45:35     JC Penney/GE,    P.O. Box 960090,
               Orlando, FL 32896-0090
21020208     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 04 2015 02:38:18     Kohl's,    PO Box 2983,
               Milwaukee, Wi 53201-2983
21225766     +E-mail/Text: rjm@ebn.phinsolutions.com Feb 04 2015 02:38:38     Rjm Acquisitions Llc,
               575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21240393*      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21020209*     +Kohl's,    PO Box 2983,    Milwaukee, Wi 53201-2983
21020212*     +Meadows Credit Union,    3350 West Salt Creek Lane,    Arlington Heights, IL 60005-5004
21020214      ##Moraine Emergency Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: cshabez              Page 2 of 2                  Date Rcvd: Feb 03, 2015
                              Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2015 at the address(es) listed below:
```
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              David J Schwab    on behalf of Defendant    CitiMortgage, Inc. djschwab@rss-chtd.com,
               sgururajan@rss-chtd.com;vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereine
               r@rss-chtd.com
              Gloria C  Tsotsos    on behalf of Creditor    CitiMortgage, Inc. nd-two@il.cslegal.com
              Joel H Norton    on behalf of Defendant    CitiMortgage, Inc. jnorton@rss-chtd.com,
               dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com;vkingsley@rrs-chtd.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Matthew  Grob    on behalf of Defendant    Meadows Credit Union mgrob@ekcmlawfirm.com,
               tjohnson@ekcmlawfirm.com
              Michael L Ralph, Sr    on behalf of Defendant    CitiMortgage, Inc. mralph@rss-chtd.com,
               sgururajan@rss-chtd.com;vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereine
               r@rss-chtd.com
              Michael L Ralph, Sr    on behalf of Creditor    CitiMortgage, Inc. mralph@rss-chtd.com,
               sgururajan@rss-chtd.com;vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereine
               r@rss-chtd.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Sharanya  Gururajan    on behalf of Defendant    CitiMortgage, Inc. sgururajan@rss-chtd.com,
               jtolemy@rss-chtd.com;dcasey@rss-chtd.com
              Stephen J Costello    on behalf of Debtor Thomas L. Alwicker steve@costellolaw.com
              Stephen J Costello    on behalf of Joint Debtor Christine L. Alwicker steve@costellolaw.com
              Stephen J Costello    on behalf of Defendant Thomas L. Alwicker steve@costellolaw.com
              Stephen J Costello    on behalf of Defendant Christine L. Alwicker steve@costellolaw.com
                                                                                              TOTAL: 15
```