# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re:  ALWICKER, THOMAS L.                    §   Case No. 13-83281
      ALWICKER, CHRISTINE L.                  §
                                                §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $12,220.00                 Assets Exempt: $40,207.00
(without deducting any secured claims)

Total Distribution to Claimants: $16,037.18   Claims Discharged
                                              Without Payment: $56,629.92

Total Expenses of Administration: $8,962.82
```

    3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $189,943.00 | $328,297.15 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,669.82 | 8,962.82 | 8,962.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,840.43 | 50,414.67 | 50,414.67 | 16,037.18 |
| **TOTAL DISBURSEMENTS** | $257,783.43 | $387,381.64 | $59,377.49 | $25,000.00 |

4) This case was originally filed under Chapter 7 on September 24, 2013. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2015          By: /s/JOSEPH D. OLSEN
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence located at and commonly known as 1081, | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Meadows Credit Union | 4110-000 | 2,413.00 | 2,250.60 | 0.00 | 0.00 |
| 2 | Meadows Credit Union (withdrawn) | 4110-000 | 48,998.00 | 48,663.53 | 0.00 | 0.00 |
| 9 | CitiMortgage, Inc. (withdrawn) | 4110-000 | 138,532.00 | 138,691.51 | 0.00 | 0.00 |
| 9 -2 | CitiMortgage, Inc. (withdrawn) | 4110-000 | N/A | 138,691.51 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$189,943.00** | **$328,297.15** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 494.09 | 494.09 | 494.09 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| United States Bankruptcy Court | 2700-000 | N/A | | 0.00 | 293.00 | 293.00 |
| YALDEN, OLSEN & WILLETTE | 3110-000 | N/A | | 4,875.00 | 4,875.00 | 4,875.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 40.73 | 40.73 | 40.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | **$8,669.82** | **$8,962.82** | **$8,962.82** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Rjm Acquisitions Llc | 7100-000 | N/A | 20.94 | 20.94 | 6.67 |
| 4 | First National Bank of Omaha | 7100-000 | 22,200.00 | 22,200.52 | 22,200.52 | 7,062.10 |
| 5 | Capital One, N.A. | 7100-000 | N/A | 3,041.78 | 3,041.78 | 967.61 |
| 6 | Capital One, N.A. | 7100-000 | N/A | 1,762.30 | 1,762.30 | 560.60 |
| 7 | American InfoSource LP as agent for | 7100-000 | 10,682.00 | 10,682.98 | 10,682.98 | 3,398.31 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | 12,706.00 | 12,706.15 | 12,706.15 | 4,041.89 |
| NOTFILED | Kohl's | 7100-000 | 1,696.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney/GE | 7100-000 | 3,528.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 2,952.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards Capital One | 7100-000 | 2,954.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | McHenry Radiologist Imaging Associa | 7100-000 | 129.40 | N/A | N/A | 0.00 |
| NOTFILED | Sears Card | 7100-000 | 8,661.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 54.82 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 1,447.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Crystal Lake c/o SCO General Services | 7100-000 | 84.28 | N/A | N/A | 0.00 |
| NOTFILED | Consolidated SD 158 Business office | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| NOTFILED | CENTEGRA HEALTH SYSTEM MEMORIAL MEDICAL CENTER | 7100-000 | 224.93 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Capital One | 7100-000 | 303.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $67,840.43 | $50,414.67 | $50,414.67 | $16,037.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83281  
**Case Name:** ALWICKER, THOMAS L.  
ALWICKER, CHRISTINE L.  
**Period Ending:** 04/13/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/24/13 (f)  
**§341(a) Meeting Date:** 10/24/13  
**Claims Bar Date:** 01/29/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at and commonly known as 1081, | 172,000.00 | 0.00 | | 25,000.00 | FA |
| 2 | cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | checking at Castle Bank | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, Furnishings and Supplies including co | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc books, pictures, art objects | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 Honda Accord (172,000 miles) | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 Honda Pilot (114,000 miles) | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$184,220.00** | **$0.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014     **Current Projected Date Of Final Report (TFR):**   January 31, 2015

Printed: 04/13/2015 09:14 AM    V.13.21

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-83281
**Case Name:** ALWICKER, THOMAS L.
ALWICKER, CHRISTINE L.
**Taxpayer ID #:** **-***8770
**Period Ending:** 04/13/15

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******7166 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/14 | {1} | First American Title Insurance Co. | per settlement agreement | 1110-000 | 25,000.00 | | 25,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 24,990.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.73 | 24,949.27 |
| 02/24/15 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $494.09, Trustee Expenses; Reference: | 2200-000 | | 494.09 | 24,455.18 |
| 02/24/15 | 102 | YALDEN, OLSEN & WILLETTE | Dividend paid 100.00% on $4,875.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,875.00 | 19,580.18 |
| 02/24/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 16,330.18 |
| 02/24/15 | 104 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 16,037.18 |
| 02/24/15 | 105 | Rjm Acquisitions Llc | Dividend paid 31.81% on $20.94; Claim# 3; Filed: $20.94; Reference: | 7100-000 | | 6.67 | 16,030.51 |
| 02/24/15 | 106 | First National Bank of Omaha | Dividend paid 31.81% on $22,200.52; Claim# 4; Filed: $22,200.52; Reference: | 7100-000 | | 7,062.10 | 8,968.41 |
| 02/24/15 | 107 | American InfoSource LP as agent for | Dividend paid 31.81% on $10,682.98; Claim# 7; Filed: $10,682.98; Reference: | 7100-000 | | 3,398.31 | 5,570.10 |
| 02/24/15 | 108 | eCAST Settlement Corporation, assignee | Dividend paid 31.81% on $12,706.15; Claim# 8; Filed: $12,706.15; Reference: | 7100-000 | | 4,041.89 | 1,528.21 |
| 02/24/15 | 109 | Capital One, N.A. | Combined Check for Claims#5,6 | | | 1,528.21 | 0.00 |
| | | | Dividend paid 31.81% 967.61 on $3,041.78; Claim# 5; Filed: $3,041.78 | 7100-000 | | | 0.00 |
| | | | Dividend paid 31.81% 560.60 on $1,762.30; Claim# 6; Filed: $1,762.30 | 7100-000 | | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,000.00 | 25,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$25,000.00** | |

{} Asset reference(s)

Printed: 04/13/2015 09:14 AM V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 13-83281 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** ALWICKER, THOMAS L. | **Bank Name:** | Rabobank, N.A. |
| ALWICKER, CHRISTINE L. | **Account:** | ******7166 - Checking Account |
| **Taxpayer ID #:** **-***8770 | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** 04/13/15 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 25,000.00 | | | | | |
| | | Net Estate : $25,000.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******7166** | | 25,000.00 | 25,000.00 | 0.00 |
| | | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)